IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **TYRONE DENARD ANDERSON,** | § | |
| Plaintiff, | § § § § | |
| v. | § | Civil Action No. **3:12-CV-1039-L (BF)** |
| **CAROLYN W. COLVIN, Commissioner** **of the Social Security Administration**, | § § § § | |
| Defendant. | § § | |

# ORDER

Plaintiff filed this appeal on April 3, 2012, from the decision of the Commissioner of the Social Security Administration ("Commissioner") denying his claims for Supplemental Security Income benefits under Title XVI of the Social Security Act. The case was referred to Magistrate Judge Paul D. Stickney, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on August 23, 2013, recommending that the final decision of the Commissioner be affirmed and this appeal dismissed with prejudice. Plaintiff filed objections to the Report on August 30, 2013, contending that the magistrate judge erred in finding that the administrative law judge did not commit reversible error in relying on the vocational expert's conflicting testimony at step 5 of the disability analysis. After conducting a de novo review of the pleadings, objection, file, record, applicable law, and the magistrate judge's findings and conclusions, the court determines that the magistrate judge's findings and conclusions are correct, and **accepts** them as those of the court. Accordingly, the court **overrules** Plaintiff's objection, **affirms** the Commissioner's decision, and **dismisses with prejudice** this appeal.

Order – Page 1

**It is so ordered** this 6th day of September, 2013.

_____
Sam A. Lindsay
United States District Judge